IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARSHA SCHERER, derivatively on behalf of DIODES INCORPORATED,<br><br>   Plaintiff,<br><br> v.<br><br>KEH-SHEW LU, et al.,<br><br>   Defendants,<br>-and-<br><br>DIODES INCORPORATED, a Delaware Corporation,<br><br>   Nominal Defendant. | Case No. 13-cv-358 (GMS) |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND <u>REIMBURSEMENT OF EXPENSES</u>**

  Plaintiff, by and through her undersigned counsel, hereby moves for an award of reasonable attorneys' fees and reimbursement of expenses on account of the substantial benefit conferred on Diodes Incorporated and its shareholders as a result of this litigation (the "Motion"). The grounds for the Motion are set forth in Plaintiff's opening brief filed contemporaneously herewith.

  WHEREFORE, Plaintiff respectfully requests that the Court award Plaintiff's counsel attorneys' fees and expenses in the aggregate amount of $1,990.045.

Dated: July 29, 2013             Respectfully submitted,

                    /s/ Brian E. Farnan
                    Brian E. Farnan (Bar No. 4089)
                    Michael J. Farnan (Bar No. 5165)
                    FARNAN LLP
                    919 N. Market Street, 12th Floor

Wilmington, Delaware 19801
Tel: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com

Of Counsel:

LEVI & KORSINSKY, LLP
Eduard Korsinsky
Steven J. Purcell
30 Broad Street, 24th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171

*Attorneys for Plaintiff*