# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARSHA SCHERER, derivatively on behalf DIODES INCORPORATED,<br><br>      Plaintiff,<br><br>  v.<br><br>KEH-SHEW LU, RAYMOND SOONG, C.H. CHEN, MICHAEL R. GIORDANO, L.P. HSU, JOHN M. STITCH and MICHAEL K.C. TSAI,<br><br>      Defendants,<br><br>  -and-<br><br>DIODES INCORPORATED, a Delaware Corporation,<br><br>      Nominal Defendant. | Civil Action No. 1:13-cv-00358 (GMS) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

NOTICE IS HEREBY GIVEN that Defendants Keh-Shew Lu, Raymond Soong, C.H. Chen, Michael R. Giordano, L.P. Hsu, John M. Stich, Michael K.C. Tsai, and Nominal Defendant Diodes Incorporated hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entered in this action on September 9, 2014 (D.I. 33).

| | |
|---|---|
| Of Counsel: | */s/ Jason J. Rawnsley*<br>Raymond J. DiCamillo (#3188)<br>Jason J. Rawnsley (#5379) |
| John P. Stigi III<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, California 90067-6055<br>Telephone: 310.228.3700<br>Facsimile: 310.228.3701<br>jstigi@sheppardmullin.com | RICHARDS, LAYTON & FINGER, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: 302.651.7700<br>Facsimile: 302.651.7701<br>dicamillo@rlf.com<br>rawnsley@rlf.com |
| Dated: September 23, 2014 | *Counsel for Defendants Keh-Shew Lu, Raymond Soong, C.H. Chen, Michael R. Giordano, L.P. Hsu, John M. Stich and Michael K.C. Tsai and Nominal Defendant Diodes Incorporated* |

2