# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4005

Marsha Scherer v. Keh-Shew Lu, et al

(Originating Court No. 1-13-cv-00358)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  December 23, 2014

Raymond J. DiCamillo, Esq.
Steven J. Purcell, Esq.
Jason J. Rawnsley, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.